## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RIO VALLEY MOTORS COMPANY,

        Plaintiff/Debtor,

v.                                   CIVIL NO. 07-14 MV/LFG

FORD MOTOR CREDIT COMPANY
and VALLEY NATIONAL BANK,

        Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDED DISPOSITION THAT DEBTOR'S MOTION TO WITHDRAW ORDER OF REFERENCE BE DENIED

**THIS MATTER** is before the Court on the Magistrate Judge's Recommended Disposition that Debtor's Motion to Withdraw Order of Reference Be Denied, filed February 20, 2007, [Doc. No. 7].  After considering the parties' pleadings and the pertinent law, the Magistrate Judge recommended that the Debtor's motion to withdraw be denied and that the case proceed in the  United States Bankruptcy Court.  No objections were filed to the recommended disposition.

The Court agrees with the Magistrate Judge's proposed findings and recommendation that the Debtor's Motion to Withdraw the Order of Reference be denied.  Accordingly, with the exception of the appeal,[1] this matter shall proceed in the United States Bankruptcy Court under Case No. 06-11866 s11.

**IT IS HEREBY ORDERED** that the findings and recommended disposition of the United States Magistrate Judge, filed February 20, 2007, **[Doc. No. 7]** are adopted by the Court

---

[1]  On March 2, 2007, Rio Valley Motors Company filed an unopposed motion to stay the appeal [Doc. No. 1] for a period of sixty days to give the parties an opportunity to resolve these matters.  On March 8, 2007, the Court granted the request for a stay of the appeal.  *See* March 8, 2007 Text Only Order [Doc. No. 9]

and that the Debtor's Motion to Withdraw Order of Reference, filed January 26, 2007, **[Doc. No.**

**4]** is **DENIED**.

      Dated this 14th day of March, 2007.

_____

MARTHA VAZQUEZ

CHIEF UNITED STATES DISTRICT JUDGE